IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| UNITED STATES OF AMERICA, | CR 22-31-BU-DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER TO CORRECT SPELLING OF DEFENDANT'S NAME |
| EDUARDO HERIBERTO MENDOZA ALMANZA, | |
| Defendant. | |

Based upon the United States' motion, and good cause appearing,

IT IS HEREBY ORDERED that the record shall reflect that the correct spelling of defendant's name is "Eduardo Heriberto Mendoza Almanza," and the caption shall be corrected.

Dated this  30th  day of September, 2022.

_____
KATHLEEN L. DESOTO
United States Magistrate Judge

1