IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDUARDO HERIBERTO MENDOZA ALMANZA,<br><br>Defendant. | CR 22–31–BU–DLC<br><br><br><br>ORDER |

Before the Court is Defendant's unopposed motion to vacate final revocation hearing. (Doc. 45.) For good cause appearing,

IT IS ORDERED that the motion (Doc. 45) is GRANTED. The final revocation hearing set for July 1, 2025 is VACATED.

DATED this 30th day of June, 2025.

_____
Dana L. Christensen, District Judge
United States District Court

1